LAW OFFICES OF
## DUNLAP & SILVERS, P.A.
SUITE 601
2601 SOUTH BAYSHORE DRIVE
MIAMI, FLORIDA 33133

ROBERT F. DUNLAP
MARCIA J. SILVERS

RECEIVED SEP 2 7 2006 JUDGE SWEET CHAMBERS

TELEFAX (305) 857-0090

September 22, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/06

Hon. Robert W. Sweet
United States District Judge
U.S. Courthouse, Room 1920
500 Pearl Street
New York, NY 10007-1312

Re:  *Robert Bierenbaum v. Harold D. Graham, et al.*
     Civil Case No. 06CV2120(RWS)

Dear Judge Sweet:

This Court previously granted Petitioner Bierenbaum permission to file a Reply Memorandum in reply to the Respondent's response to his petition filed pursuant to 28 U.S.C. § 2254 and motion for an evidentiary hearing on or before September 28, 2006. Due to Tropical Storm Ernesto which caused undersigned counsel's office to be closed for two days and an unexpected surgery on the undersigned's leg on September 1, 2006, undersigned counsel needs an additional week to file that Reply Memorandum; which would make it due on or before October 5, 2006.

The Respondents, through their counsel, New York County Assistant District Attorney Mark Dwyer, consent to this request.

Please let me know if additional information could assist you.

Respectfully submitted,

So ordered
Sweet USDJ
9-27-06

Marcia J. Silvers
DUNLAP & SILVERS, P.A.

Mark Seiden
MARK SEIDEN, P.A.

Attorneys for Petitioner

cc:  Mark Dwyer, ADA (by fax and mail)