UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBERT BIERENBAUM,                   :     CIVIL CASE NO. 06CV2120(RWS)

        Petitioner              :

    – against –                          :

HAROLD D. GRAHAM, the Superintendent  :
of Auburn Correctional Facility,
ELIOT SPITZER, Attorney General
State of New York
                                  :
        Respondents.
                                  :
------------------------------------------------------------x

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that ROBERT BIERENBAUM, the Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment denying Petitioner Bierenbaum's petition for writ of habeas corpus under 28 U.S.C. § 2254 and motion for reconsideration entered in this action on the 26th day of February 2008 the opinion of which was rendered on February 20, 2008.

Respectfully submitted,

_by_ Mark Seiden, Esq. MS 6023
Law Offices of Mark Seiden, P.A.
400 Sun Trust Building
777 Brickell Avenue
Miami, FL 33131
Telephone: 305/577-4981
Facsimile: 305/577-8376